Julien Morena Garcon A-091394654

Detain

# EXHIBIT 1

# DETAINEE REQUEST WORKSHEET

Detainee's Full Name: Julien H Garcon   Inmate #: 42610   Unit: F4

Immigration Number: A 091 394 654   Nationality: stateless

Name of Jail: Irwin County Detention Center   DO Name: Sheriff

2022

Type of Request (Check One):
___ Property/Money Issue
✓ Question concerning your case (ICE Officers/Agents are NOT allowed to provide legal advice)
___ Question concerning the detention facility
(NOTE: Prior to filing a question/complaint with ICE, you should file a complaint/grievance with the facility using forms provided by the jail)

Today's Date: 8/18/2016

Detainee's Signature: ___

[Instructional text regarding forms I-862, I-851, I-871, removal procedures, etc.]

YOUR SPECIFIC REQUEST or CONCERN HERE:
This is my second request asking ICE/DHS to update my information pertaining to citizenship. I sent the evidence. Right now I'm currently stateless and not a citizen of Haiti. I would appreciate it if you would update the record or grant or deny this request. Thank you.

OFFICER RESPONSE: YOUR CASE IS BEFORE THE IMMIGRATION JUDGE.

Officer Signature: BS   Date Request Received: 8/22/16
Response: 08-23-16   Date Response provided to Detainee: 8/23/16


# REPUBLIC OF HAITI

Today Thursday twenty-ninth day of July 1991, 188th Year of independence at ten in the morning.

Before us, James St. Jean, Judge Peace in the Southern Section of Port-au-Prince attended our Registrar, Smith Gelin.

## APPEARANCES

1) Phalente Albert Gerald, identified as nine: 001-933-142-3
2) Durocher Dorestant, identified as five : 01-01-991982-04-00215
3) Nadia Vendome, identified as nine: 004-411-304-2

All three citizens Haitians, major, owners, resident and domicile in Port au Prince, enjoying their rights civil and political, Who said that we know perfectly well the citizen Julien Garcon who was at Limonade, Cap Haitien born on May 31st one thousand nine hundred and seventy five, residing in the United States and lives in America identified by the residence card issue at 091394654, to corroborate his statements and declarations, he presented three (3) person familiar and certify that his entire statement is an expression of truth.

**The Declarant Relinquish all his Civil Rights and Renounce his Haitian Nationality and adopt another one.**

Required to sign their statement after reading they have done, we, Judge Peace undersigned declare aforesaid and to act in comparing and their witnesses and their statements quoted above from all this, have prepared and enclosed this record we have signed the days, the months and year first above with them, our Registrar, after reading.

**Thus signed:** Phalente Albert Gerald, Durocher Dorestant, Nadia Vendome, Me James Saint-Jean, Judge de Paix, et Smith Gelin, Greffier

James Saint-Jean
Judge of peace of the Section of South Porto-au-Prince

Smith Gelin
Grafter

## Certificate of translation

I, Frantz JOSEPH, Certify that I am competent in both languages French and English to translate this document; the translation is true and accurate to the best of my abilities.

_____
Signature of Translator

Sworn and subscribed before me, a NOTARY PUBLIC, on this __10th__ days of 20 __16__

_____
Notary Public

[Notary Seal: G. R. JEMISON, MY COMMISSION EXPIRES DEC 13, 2018, COBB CO., GEORGIA, NOTARY PUBLIC]



LIBERTE     EGALITE     FRATERNITE
**REPUBLIQUE D'HAITI**

Extrait des minutes du Greffe du Tribunal de Paix de Port-au-Prince, Section Sud



## AU NOM DE LA REPUBLIQUE

Aujourd'hui Jeudi vingt-neuvième jour du mois de Juillet mil neuf cent quatre-vingt onze, An 188ème de l'Indépendance, à dix heures du matin;

Par devant nous, James Saint-Jean, Juge de Paix de la Section Sud de Port-au-Prince assisté de notre Greffier, Smith Gelin.

### ONT COMPARU

1) Phalente Albert Gérald, identifié au nif : 001-933-142-3
2) Durocher Dorestant, identifié au Cin : 01-01-99-1982-04-00215
3) Nadia Vendome, identifié au nif : 004-411-304-2 ;

Tous trois citoyens Haïtiens, majeurs, propriétaires, demeurant et domiciliés à Port-au-Prince, jouissant de leurs droits civils et politiques ; Lesquels nous ont déclaré qu'ils connaissent parfaitement bien le citoyen **Julien Garçon** qu'il est né à Limonade, Cap-Haïtien le trente-et-un Mai mil neuf cent soixante quinze, demeurant et domicilié aux Etats-Unis d'Amérique identifié par sa carte de résidence au numéro : 0913946554, pour corroborer ses dires et déclarations, il nous a présenté trois (3) personnes qui le connaissent bien et qui certifient que toute sa déclaration est l'expression de la vérité.

Qu'ils savent surtout que ce dernier à renoncer en toute liberté à sa nationalité Haïtienne en adoptant une autre.

Requis de signer leur déclaration après lecture, ils l'ont fait.

Nous, Juge de Paix susdit et soussigné déclarons donner acte au comparant et leurs témoins de leurs dires et déclarations plus haut cités.

De tout quoi, avons dressé et clos le présent procès-verbal que nous avons signé les jours, mois et an que dessus avec eux, notre Greffier, après lecture.

Ainsi signé : Phalente Albert Gérald, Durocher Dorestant, Nadia Vendome, Me James Saint-Jean, Juge de Paix, et Smith Gelin, Greffier.

Pour l'authentification de la signature du Greffier

Smith Gelin
Greffier

James Saint-Jean
Juge de Paix
de la Section Sud de Port-au-Prince



Quiconque aura fait usage privé de cette forme sera passible d'une amende de cent gourdes.
(Loi du 6 août 1919)