Juliea Gorgon 43610
Irwin County Detention Center
132 Cotton Dr
Ocilla, GA 31774



LaSalle Southeast
Ocilla, Georgia
This letter is being mailed by an
inmate contain... this facility.
... read the contents.
... assume
... contents.

United States District Court
Middle District of Georgia
Office of the Clerk
P.O. Box 68
Valdosta, GA 31601